

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2021

No. 04-21-00087-CV

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY**
and Post Oak Clean Green, Inc.,
Appellants

v.

**GUADALUPE COUNTY GROUNDWATER CONSIDERATION DISTRICT**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1245-CV-C
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The current deadline for appellee's brief is June 22, 2021. On June 21, 2021, appellee filed a motion for extension of time to file the brief until July 13, 2021. After consideration, we **GRANT** the motion and **ORDER** appellee to file its brief **by July 13, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

